UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>                Plaintiff,<br><br>v.<br><br>CARGILL, INC. and SALT CITY, INC.,<br><br>                Defendant. | Case No. 1:20-cv-11616 |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff Commonwealth of Massachusetts and Defendants Cargill, Inc. and Salt City, Inc. (the "Parties") respectfully ask this Court to enter their proposed Consent Decree, submitted herewith as Exhibit A.

On August 31, 2020, Plaintiff filed a Complaint and a Notice of Commencement of the 45-Day Period with this Court. The Notice informed the Court that the Parties had reached a proposed settlement, and a copy of the Parties' executed proposed Consent Decree was appended to Plaintiff's Notice.

Under Section 505(c)(3) of the Clean Water Act, the United States has 45 days from receipt of the proposed Consent Judgment to complete its review and comment to the Court. The United States informed the Parties and the Court that the 45-day period ends on October 15, 2020 and that it does not have any objection to the Consent Decree. Accordingly, the Parties request that the Consent Decree be entered. A copy of a letter from the United States Department of Justice is submitted as an Exhibit hereto.

October 15, 2020                              Respectfully submitted,

                                              COMMONWEALTH OF MASSACHUSETTS

                                              By its attorney,

                                              MAURA HEALEY
                                              ATTORNEY GENERAL

                                              */s/ Nora J. Chorover*
                                              Nora J. Chorover (Bar No. 547352)
                                              Special Assistant Attorney General
                                              Environmental Protection Division
                                              Office of the Attorney General
                                              One Ashburton Place, 18th Floor
                                              Boston, Massachusetts 02108
                                              Tel: (617) 727-2200, ext. 2642
                                              Nora.Chorover@mass.gov

                                              CARGILL, INC.

                                              By its attorney,

                                              */s/ Robert E. McDonnell*
                                              Robert E. McDonnell (Bar No. 331470
                                              Morgan, Lewis & Blokius LLP
                                              One Federal Street
                                              Boston, MA 02110-1726
                                              617-951-8507
                                              robert.mcdonnell@morganlewis.com

                                              SALT CITY, INC.

                                              By its attorney,

                                              */s/ Richard A. Sypek*
                                              Richard A. Sypek (Bar No. 491090
                                              Ross & Ross, P.C.
                                              121 State Street, Suite 201
                                              Springfield, MA 01103
                                              413-241-7526
                                              rsypek@rossrosspc.com

## CERTIFICATE OF E-SERVICE

      I hereby certify that the parties' Joint Statement, filed electronically through the ECF system with the Court on October 15, 2020, has been sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants on October 15, 2020.

                        */s/ Nora J. Chorover*
                      Nora J. Chorover (Bar No. 547352)